IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PETER MACHLUP,

          Plaintiff,

v.                                                                       CIVIL ACTION NO.  2:25-cv-00619

LUCAS JOHNSON,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Plaintiff Peter Machlup's civil action claiming entitlement to relief pursuant to 42 U.S.C. § 1983 based upon an alleged violation of his Fourth-Amendment rights.  (ECF No. 1.)  By Standing Order entered September 1, 2024 and filed in this case on October 21, 2025, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R").  (ECF No. 3.)  Magistrate Judge Tinsley filed his PF&R on February 12, 2026, recommending that this civil action be **DISMISSED**, with prejudice.  (ECF No. 7.)

The Court is not required to review, under de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).  In addition, this Court need

not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections to the PF&R in this case were due on March 2, 2026. (ECF No. 69.) To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the **PF&R**, (ECF No. 7), and **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 6, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE